UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
---------------------------------------------------------
                                                    :
ERIN O'DONNELL, *et al.*,                           :
                                                    :        CASE NO. 1:14-cv-02612
            Plaintiffs,                             :
                                                    :
v.                                                  :        OPINION & ORDER
                                                    :        [Resolving Doc. 26]
CITY OF CLEVELAND, *et al.*,                        :
                                                    :
            Defendants.                             :
---------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendant Frank G. Jackson filed a motion for judgment on the pleadings.[1] Plaintiffs O'Donnell et al. sued Mayor Frank G. Jackson only "in his official capacity as Mayor."[2] Plaintiffs also sued the City of Cleveland and the City of Cleveland remains a Defendant in this case.

When a plaintiff sues a government official in his official capacity, courts treat the claim as one against the government entity itself.[3]

Because Plaintiffs sued Defendant Jackson in his official capacity as mayor and because the City of Cleveland remains a defendant in this matter, the claims against Defendant Jackson are duplicative of the claims against the City of Cleveland.

For the foregoing reasons, the Court **GRANTS** Defendant Jackson's motion for judgment

---

[1] Doc.26.
[2] Doc.1.
[3] *Kentucky v. Graham*, 473 U.S. 159 (1985).

Case No.  1:14-CV-2612
Gwin, J.

on the pleadings.  The Court dismisses all of Plaintiffs' claims against Jackson.

       IT IS SO ORDERED.


Dated: September 30, 2015                          s/        *James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE