# Affidavit

County of Lorain

                Ss:

State of Ohio

Now comes the undersigned, plaintiff, who being duly sworn states as follows:

1. My name is Cynthia Moore and I have been a Cleveland Police officer since October 15, 2007.
2. I am one of the plaintiffs in *O'Donnell, et al. v. City of Cleveland, et al.,* US District Court Case No 1:14-cv-2612.
3. On November 29, 2012, I was involved in the pursuit of a car occupied by two African-American citizens named Timothy Russell and Melissa Williams.
4. I am a white female.
5. At all times relevant on November 29, 2012 I was acting within the scope of my duties consistent with my training.
6. On November 29, 2012, I was assigned to the 2nd District basic patrol.
7. As a result of the pursuit ending with the deaths of Timothy Russell and Melissa Williams, I was assigned on December 3, 2012 to restricted duty.
8. I remained on restricted duty until June 10, 2013 when I was returned to full duty.
9. Prior to being returned to full duty I was cleared by the stress consultant and the medical office on or about June 10, 2013.
10. In February, 2013 the Ohio Attorney General issued a report finding that my conduct was justified and acceptable under the circumstances. I have read this report and find it to be factually accurate.
11. On October 24, 2013 I was once again assigned to restricted duty until June 13, 2014 when I was again returned to full duty and assigned to the 2nd District Detective Bureau.
12. During May of 2014, the Cuyahoga County Grand Jury "cleared" me of committing any criminal offense.
13. Being assigned to restricted duty had a severe economic effect on both me and my family. Being on restricted duty prevents me from being paid for attending court, working secondary employment and working overtime.
14. I was forced to remain on restricted duty contrary to policy over 45 days when neither I nor the Stress Consultant requested more time on restricted duty.
15. Assignment to the "gym" while on restricted duty is demeaning, boring, and has no meaningful responsibility. I could not function as s sworn police officer. The assignment caused me mental anguish, loss of self-esteem, and embarrassment. It is not prestigious and does not command the respect I enjoy as a police officer. I was deprived of the job satisfaction that I enjoyed as a police officer fully performing my duties on behalf of the public. The gymnasium is dirty and not well maintained. As a result assignment to the gym is punitive in nature.
16. The pursuit generated publicity which wrongfully focused upon race. The news articles contained in Exhibit 11 are true and accurate copies of what they purport to be.

17. I believe that we were kept on restricted duty as a result of the public outcry labeling us as racists and creating political pressure upon the defendants in this lawsuit especially Mayor Jackson.
18. The other defendants serve at the pleasure of Mayor Jackson.
19. Further Affiant sayeth naught.

                                                                                                         *Cynthia Moore*

Sworn to and subscribed before me this **23** day of October, 2015.

Jonathan E. Rosenbaum, Attorney at Law
Supreme Court Reg No. 0021698
Notary Public, State of Ohio,
My commission has no expiration date.
Section 147.03 R.C.

Or any other notary public.