UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

ERIN O'DONNELL, et al.,

        Plaintiffs,

v.

CITY OF CLEVELAND, et al.,

        Defendants.
------------------------------------------------------------

CASE NO. 1:14-cv-02612

OPINION & ORDER
[Resolving Doc. 62]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    On November 20, 2015, Plaintiffs filed a motion to compel discovery.[1] The motion seeks an order compelling Defendants to "provide copies of all email documents relevant to when officers who engaged in the use of deadly force were assigned and reassigned pursuant to the Traumatic Incident Protocol as a result of their involvement in the pursuit which took place on November 29, 2012."[2] Defendants respond that all relevant documents have been produced and that Commander Daniel Fay conducted the search for all relevant documents.[3] Defendants deny the existence of any unproduced emails pertaining to the decision to place Plaintiffs on restricted duty assignment.

    Although this Court is not convinced that any such emails exist, to the extent that there might still be unproduced emails pertaining to Plaintiffs' assignment to restricted duty, this Court grants Plaintiffs' motion to compel. This Court restricts the email production to emails from those

---

[1] Doc. 62.
[2] *Id.*
[3] Doc. 63.

-1-

Case No. 1:14-CV-2612
Gwin, J.

individuals who recommended or made the decision to assign Plaintiffs to restricted duty.

For the foregoing reasons, the Court **GRANTS** Plaintiffs' motion to compel, restricted to any potential emails from individuals who recommended or made the decision to assign Plaintiffs to restricted duty.

IT IS SO ORDERED.


Dated: December 1, 2015            s/ *James S. Gwin*
                                                                JAMES S. GWIN
                                                                UNITED STATES DISTRICT JUDGE